UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA R. BELFORD, as Trustee of the BELFORD FAMILY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN JACOBY, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. ) ) ) ) ) ) ) |

# DEFENDANT JONATHAN JACOBY'S NOTICE OF REMOVAL

To: Clerk of the United States District Court for the District of Massachusetts

PLEASE TAKE NOTICE THAT Defendant Jonathan Jacoby (hereinafter, sometimes, "Defendant"), hereby removes to this Court the state court action described herein, pursuant to 28 U.S.C. Sections 1332, 1441, 1446, and 1447. Pursuant to 28 U.S.C. Section 1446(d) and this Court's Local Rules, copies of this Notice of Removal and all other papers filed herewith are being served on Plaintiff's counsel and are also being filed in the Superior Court for Nantucket County, Commonwealth of Massachusetts.

*Introduction*

1. On June 23, 2025, Plaintiff Patricia Belford, as Trustee of the Belford Family Trust ("Plaintiff"), filed a Complaint against Defendant in the Superior Court for Nantucket County, Commonwealth of Massachusetts, Civil Action No. 2575CV00027 ("State Court Action").

2. The State Court Action concerns allegations that the Defendant entered onto Plaintiff's property in Nantucket and cut down certain trees, without authorization to do so. The

1

Complaint claims damages in excess of $486,000. Defendant denies the material allegations of the Complaint.

3. Pursuant to Local Rule 81.1, Defendant will, within 28 days of the filing of this Notice of Removal, file and serve counsel with attested or certified copies of all papers, records, proceedings, and docket entries on file in the Superior Court for Nantucket County in this matter.

*Jurisdictional Basis for Removal*

4. Pursuant to 28 U.S.C. Section 1332 (a), this Court has jurisdiction over this action, because Plaintiff is a citizen of the State of Florida, Defendant is a citizen of the State of Utah, and there is therefore complete diversity of citizenship between the parties. Therefore, this action could originally have been filed in this Court and is properly removable to this Court.

5. The amount in controversy, according to Paragraph 21 of the Complaint, is $486,000, therefore "exceeds the sum or value of $75,000, exclusive of interest and costs," and thus satisfies the threshold requirement in 28 U.S.C. Section 1332(a).

6. Plaintiff filed the State Court Action on June 23, 2025. Defendant first received a copy of the Complaint in the State Court Action on June 25, 2025. This Notice of Removal is being filed within the thirty (30) day period following Defendant's receipt of a copy of the Complaint in the State Court Action and is therefore timely, pursuant to 28 U.S.C. Section 1446(b)(1).

7. The State Court Action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending," pursuant to 28 U.S.C. Section 1441(a).

8. Plaintiff and Defendant are subject to this Court's jurisdiction.

9. No previous notice or application for removal has been made.

10. Venue is appropriate in this Court pursuant to 28 U.S.C. Section 1391, since Plaintiff and Defendant own property within this judicial district and the events which are the subject of the State Court Action occurred within this judicial district.

11. Defendant reserves all rights and objections to the claims in the State Court Action, including, inter alia, the right to move for dismissal of the Complaint on any basis. The filing of this Notice of Removal is subject to, and without waiver of, any such defenses or objections.

WHEREFORE, Defendant Jonathan Jacoby respectfully gives notice that the above-captioned civil action pending in the Superior Court of Nantucket County, Commonwealth of Massachusetts, is removed to this Court, pursuant to 28 U.S.C. Sections 1332, 1441, 1446, and 1447.

Respectfully submitted,

JONATHAN JACOBY,

By his attorney,

*/s/ Alan D. Rose*_____
Alan D. Rose (BBO # 427280)
ROSE LAW PARTNERS LLP
One Beacon Street, 23rd Floor
Boston, Massachusetts 02108
(617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net

Date: July 22, 2025

## CERTIFICATE OF SERVICE

  I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

               */s/ Alan D. Rose*_____
               Alan D. Rose

Date: July 22, 2025