UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICIA R. BELFORD, as Trustee of the BELFORD FAMILY TRUST,<br><br>      Plaintiff,<br><br>  v.<br><br>JONATHAN JACOBY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-12053<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter the appearance of Alan D. Rose of Rose Law Partners LLP as attorney for Defendant Jonathan Jacoby in the above-captioned matter.

          Respectfully submitted,

          JONATHAN JACOBY,

          By his attorney,

          */s/ Alan D. Rose*
          Alan D. Rose (BBO # 427280)
          ROSE LAW PARTNERS LLP
          One Beacon Street, 23rd Floor
          Boston, Massachusetts 02108
          (617) 536-0040
          Fax: (617) 536-4400
          adr@rose-law.net

Date: July 22, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

                                                                  */s/ Alan D. Rose*
                                                                  Alan D. Rose

Date: July 22, 2025