UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA R. BELFORD, as Trustee of the BELFORD FAMILY TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>JONATHAN JACOBY,<br><br>  Defendant. | Civil Action No. 1:25-cv-12053-LTS |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Jonathan Jacoby ("Jacoby"), with the assent of Plaintiff Patricia R. Belford, as Trustee of the Belford Family Trust ("Plaintiff"), hereby moves for an extension of time from July 29, 2025 to August 10, 2025 to respond to Plaintiff's Complaint (the "Complaint"). As grounds therefore, Jacoby states:

1. On June 23, 2025, Plaintiff filed the Complaint in Nantucket Superior Court, Civil Action No. 2575CV00027. Service was returned for Defendant Jacoby on June 27, 2025, prompting an Answer deadline of July 17, 2025.

2. Plaintiff agreed to a two-week extension, making the new deadline July 31, 2025.

3. On July 22, 2025, Defendant Jacoby removed the case from Nantucket Superior Court to this Court, triggering a July 29, 2025 deadline to file an Answer or other responsive pleadings.

4. By email correspondence on July 24, 2025, Defendant requested an additional ten days to respond to the Complaint and Plaintiff assented.

2

WHEREFORE, Jonathan Jacoby, with the assent of Plaintiff, respectfully requests an extension of time to August 10, 2025 to respond to Plaintiff's Complaint.

                        Respectfully submitted,

                        JONATHAN JACOBY,

                        By his attorney,

*/s/ Alan D. Rose*_____
Alan D. Rose (BBO # 427280)
ROSE LAW PARTNERS LLP
One Beacon Street, 23rd Floor
Boston, Massachusetts 02108
(617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net

Date: July 28, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

                                                  */s/ Alan D. Rose*
                                                  Alan D. Rose

Date: July 28, 2025