UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA R. BELFORD, as Trustee of the BELFORD FAMILY TRUST,<br><br>      Plaintiff,<br><br>vs.<br><br>JONATHAN JACOBY,<br><br>      Defendant | Civ. A. No. 1:25-cv-10253-LTS |

## NOTICE OF APPEARANCE

Please enter my appearance for the plaintiff, Patricia R. Belford, as trustee of the Belford Family Trust.

Respectfully submitted,

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

Dated: August 22, 2025