UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA R. BELFORD, as Trustee of the
BELFORD FAMILY TRUST,

    Plaintiff,

v.

JONATHAN JACOBY,

    Defendant.

Civ. A. No. 1:25-cv-12053

## JOINT STATEMENT UNDER RULES 16, 26(f) AND LOCAL RULE 16.1(d)

The parties submit this joint statement in advance of the Rule 16 conference in accordance with Fed. R. Civ. P. 16 and 26(f) and Local Rule 16.1(d).

**1. Rule 26(f) conference:** Counsel conferred on August 14 and August 21, 2025. They discussed the subjects in Rules 16 and 26(f), proportional discovery, phased discovery, ESI and privilege issues, ADR, and a proposed schedule.

**2. Consent to magistrate judge:** The parties do not consent to trial by magistrate judge.

**3. Proposed schedule:** The parties have agreed to the proposed scheduling order attached as Exhibit 1.

**4. Settlement and ADR:** The parties will comply with Local Rule 16.1(c) and will continue settlement discussions.

**5. Recommendation regarding the Rule 16 conference:** Because the parties have agreed on a comprehensive schedule and have no issues to raise that require the Court's intervention at this time, they jointly recommend that the Court cancel the Rule 16 conference and adopt the attached schedule as the Scheduling Order.

Respectfully submitted,

| | |
|---|---|
| PATRICIA R. BELFORD, as Trustee of the BELFORD FAMILY TRUST, | JONATHAN JACOBY |
| By her attorneys: | By his attorney: |
| */s/ Theodore J. Folkman*<br>Glenn A. Wood (BBO No. 547421)<br>Theodore J. Folkman (BBO No. 647642)<br>Ryan G. Douglas (BBO No. 707895)<br>RUBIN AND RUDMAN LLP<br>53 State Street, 15th Floor<br>Boston, MA 02109<br>(617) 330-7000<br>gwood@rubinrudman.com<br>tfolkman@rubinrudman.com<br>rdouglas@rubinrudman.com | */s/ Alan D. Rose, Sr.*<br>Alan D. Rose, Sr. (BBO No. 427280)<br>ROSE LAW PARTNERS LLP<br>One Beacon Street, 23rd Floor<br>Boston, MA 02108<br>(617) 536-0040<br>adr@rose-law.net |

Dated: August 28, 2025