UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA R. BELFORD, as Trustee of the
BELFORD FAMILY TRUST,

   Plaintiff,

v.

JONATHAN JACOBY,

   Defendant.

Civil Action No.: 1:25-cv-12053

## PLAINTIFF PATRICIA BELFORD'S LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the undersigned party representative and counsel certify that they have conferred (A) with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation, and (B) to consider resolution of this litigation through alternative dispute resolution programs, including those described in Local Rule 16.4.

_/s/ Cathy Heavener_  
Cathy Heavener  
Attorney-in-Fact under Power of Attorney  
for Patricia R. Belford

_/s/ Ryan G. Douglas_  
Ryan G. Douglas  
Rubin and Rudman LLP

-1-

-2-

Respectfully submitted,

PATRICIA R. BELFORD,
as Trustee of the BELFORD FAMILY TRUST,

By her attorneys,

*/s/ Theodore J. Folkman*
Glenn A. Wood (BBO No. 547421)
Theodore J. Folkman (BBO No. 647642)
Ryan Douglas, (BBO No. 707895)
Rubin and Rudman LLP
53 State Street, 15th Floor
Boston, MA 02109
(617) 330-7000
gwood@rubinrudman.com
tfolkman@rubinrudman.com
rdouglas@rubinrudman.com

Date: August 28, 2025