UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA R. BELFORD, as trustee of the Belford Family Trust,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN JACOBY,<br><br>Defendant | Civ. A. No. 1:25-cv-12053 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this action is dismissed with prejudice, with each party to bear its own fees and costs and with all rights of appeal waived.

| | |
|---|---|
| PATRICIA R. BELFORD, Trustee of the Belford Family Trust | JONATHAN JACOBY |
| By her attorney: | By his attorney: |
| */s/ Theodore J. Folkman* | */s/ Alan D. Rose, Sr.* |
| Theodore J. Folkman (BBO No. 647642)<br>RUBIN AND RUDMAN LLP<br>53 State St.<br>Boston, Mass. 02109<br>(617) 330-7000<br>tfolkman@rubinrudman.com | Alan D. Rose, Sr. (BBO No. 427280)<br>ROSE LAW PARTNERS LLP<br>One Beacon St., 23rd Floor<br>Boston, MA 02108<br>(617) 536-0040<br>adr@rose-law.net |

Dated: October 24, 2025

4702864_1